NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASIMO CORPORATION,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2022-2069, 2022-2070, 2022-2071, 2022-2072

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00193, IPR2021-00195, IPR2021-00208, IPR2021-00209.

---

## JUDGMENT

---

STEPHEN W. LARSON, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellant. Also represented by STEPHEN C. JENSEN, JAROM D. KESLER, JOSEPH R. RE; JEREMIAH HELM, Washington, DC.

LAUREN ANN DEGNAN, Fish & Richardson P.C., Washington, DC, argued for appellee. Also represented by CHRISTOPHER DRYER, WALTER KARL RENNER; ASHLEY BOLT, Atlanta, GA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 12, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court